UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17-cv-00187-RJC-DSC

| | |
|---|---|
| AMANDA DAWN McANINCH, on behalf of M.R.M., a minor, ) ) ) Plaintiff(s), ) ) vs. ) ) ) NANCY A. BERRYHILL, Acting ) Commissioner of Social Security, ) ) Defendant(s). ) _____ ) | ORDER |

**THIS MATTER** comes before the Court on Plaintiff's Consent Motion to Dismiss, (Doc. No. 9). Plaintiff moves the Court to dismiss this action, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Plaintiff states:

> This claim is a child's claim, and after careful review of the Administrative Record, the undersigned counsel has determined the claim is best pursued by the claimant filing a new application for benefits rather than continuing to appeal the earlier denial.

(Doc. No. 9 at 1). Plaintiff's counsel informed Defendant of this Motion and Defendant consented. (Doc. No. 10). As such, Plaintiff's Consent Motion to Dismiss, (Doc. No. 9), is **GRANTED** and her Plaintiff's claim is **DISMISSED with prejudice**. The Clerk of Court is directed to close this case.

Signed: June 19, 2018

Robert J. Conrad, Jr.
United States District Judge